c

# UNITED STATES DISTRICT COURT
## District of Minnesota

Tania Abigail Inlago Tocagon,

Petitioner,

v.

David Easterwood, Todd Lyons, Kristi Noem, U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement, Pamela Bondi,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26cv1003 SHL/DLM

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

In light of the information provided in 9 Petitioner's Status Report confirming Petitioner was released from custody, the Court directs the Clerk of Court to enter judgment accordingly and close the case.

Date: 3/24/26

KATE M. FOGARTY, CLERK